James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>                Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO STAY DISCOVERY**<br><br>Date: August 8, 2025<br>Time: 10:00 am<br>Courtroom: 6, 17th Floor<br>Before the Honorable Charles R. Breyer |

Having considered the motion filed by defendant Meta Platforms, Inc. ("Meta") seeking an order to stay discovery and continue the initial case management conference until Meta's motion to dismiss is resolved, all relevant documents, authorities, materials in the record, and good cause appearing, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that discovery is stayed and the initial case management conference will be rescheduled, if necessary, pending the resolution of Meta's motion to dismiss.

Date: _____

_____
Hon. Charles R. Breyer
United States Senior District Judge