James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>      Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Courtroom: 6, 17th Floor<br>Before the Honorable Charles R. Breyer |

I, Andrew Yaphe, hereby declare and state as follows:

1. I am a counsel at the law firm Davis Polk & Wardwell LLP, attorneys for Defendant Meta Platforms, Inc. ("Meta") in the above-captioned matter, and I am admitted to practice in this Court. I submit this declaration in support of Meta's Administrative Motion for Relief from Case Management Schedule. I have personal knowledge of the facts set forth below, and I could and would competently testify to the following if called upon to do so.

2. On June 26, 2025, counsel for Meta informed counsel for plaintiff that Meta was planning to move to stay discovery pending resolution of Meta's motion to dismiss and asked for plaintiff's position. Counsel for Meta also told counsel for plaintiff that, if counsel for plaintiff were unwilling to agree to such a stay, a short postponement of the initial case management conference would be warranted so that Meta's motion to stay discovery could be fully submitted in advance of the initial case management conference.

3. Counsel for Meta and counsel for plaintiff met-and-conferred on June 27, 2025 pursuant to Rule 26(f). During that conference, counsel for plaintiff stated that they did not agree to a stay of discovery and would oppose Meta's motion to stay discovery.

4. On June 30, 2025, counsel for plaintiff informed counsel for Meta that plaintiff was only willing to agree to the three-week postponement of the case management conference proposed by Meta if Meta in turn would agree (among other things) that the parties could issue discovery and if Meta would timely respond to what plaintiff described as plaintiff's forthcoming discovery requests.

5. Meta will serve its initial disclosures on or before the current deadline of July 11, 2025.

6. Meta will work with plaintiff to submit the joint case management statement by July 11, 2025.

7. The Court has previously issued the following time modifications in this case: granting the parties' stipulation to extend Meta's time to respond to plaintiff's complaint, which also extended the deadlines for filing the opposition and reply to Meta's motion to dismiss. *See* Dkt. No. 18.

1

DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMIN. MOT. FOR RELIEF FROM CASE MANAGEMENT SCHEDULE - CASE NO. 3:25-cv-03281-CRB

8. Meta's request to continue the case management conference will not affect any currently pending deadlines other than the case management conference itself.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2nd day of July, 2025 in Menlo Park, California.

*/s/ Andrew Yaphe*
Andrew Yaphe

2

DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMIN. MOT. FOR RELIEF FROM CASE MANAGEMENT SCHEDULE - CASE NO. 3:25-CV-03281-CRB