James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant*
*Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**<br><br>Courtroom: 6, 17th Floor<br>Before the Honorable Charles R. Breyer |

1  Having considered defendant Meta Platforms, Inc.'s ("Meta") administrative motion for
2  relief from case management schedule ("Motion"), all relevant documents, authorities, materials
3  in the record, and good cause appearing, the motion is hereby GRANTED.
4  IT IS HEREBY ORDERED that the initial case management conference currently sched-
5  uled for July 18, 2025 is CONTINUED to August 8, 2025.

Dated: _____   _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE - CASE NO. 3:25-CV-03281-CRB