1  James P. Rouhandeh (*pro hac vice*)
   rouhandeh@davispolk.com
2  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
3  New York, New York 10017
   Telephone: (212) 450-4000
4  Facsimile:  (212) 701-5800
5
   Andrew Yaphe (SBN 274172)
6  andrew.yaphe@davispolk.com
   DAVIS POLK & WARDWELL LLP
7  900 Middlefield Road, Suite 200
   Redwood City, California 94063
8  Telephone: (650) 752-2000
9  Facsimile:  (650) 752-2111

10 *Counsel for Defendant*
   *Meta Platforms, Inc.*
11

12                          **UNITED STATES DISTRICT COURT**

13                      **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                                  **SAN FRANCISCO DIVISION**

15 | IRON TRIBE FITNESS, on behalf of itself and all others similarly situated, | Case No. 3:25-cv-03281-CRB |
16 | | |
17 | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE |
18 | v. | |
19 | META PLATFORMS, INC., | |
20 | Defendant. | Courtroom: 6, 17th Floor |
   | | Before the Honorable Charles R. Breyer |
21

22

23

24

25

26

27

28

1  Having considered defendant Meta Platforms, Inc.'s ("Meta") administrative motion for
2  relief from case management schedule ("Motion"), all relevant documents, authorities, materials
3  in the record, and good cause appearing, the motion is hereby GRANTED.
4  IT IS HEREBY ORDERED that the initial case management conference currently sched-
5  uled for July 18, 2025 is CONTINUED to ~~August 8, 2025~~ October 3, 2025 at 8:30 a.m.

Dated: July 7, 2025

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1

[~~Proposed~~] Order Granting Defendant Meta Platforms, Inc.'s Administrative Motion for Relief from Case Management Schedule - Case No. 3:25-cv-03281-CRB