James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLY IN FURTHER SUPPORT OF MOTION TO STAY DISCOVERY**<br><br>Courtroom: 6, 17th Floor<br>Before the Honorable Charles R. Breyer |

I, Andrew Yaphe, hereby declare and state as follows:

1. I am a counsel at the law firm Davis Polk & Wardwell LLP, attorneys for Defendant Meta Platforms, Inc. ("Meta") in the above-captioned matter, and I am admitted to practice in this Court. I submit this declaration in support of Meta's Reply in Further Support of its Motion to Stay Discovery. I have personal knowledge of the facts set forth below, and I could and would competently testify to the following if called upon to do so.

2. On June 30, 2025, counsel for plaintiff sent counsel for Meta a draft joint case management statement. In that draft, plaintiff proposed a case schedule under which the parties would substantially complete document productions by October 17, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of July, 2025 in Redwood City, California.

                                            */s/ Andrew Yaphe*
                                            Andrew Yaphe

1

DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S REPLY IN FURTHER SUPPORT OF MOTION TO STAY DISCOVERY - CASE NO. 3:25-CV-03281-CRB