1  James P. Rouhandeh (appearance *pro hac vice*)
rouhandeh@davispolk.com
2  DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
3  New York, New York 10017
Telephone: (212) 450-4000
4  Facsimile:  (212) 701-5800

5  Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
6  DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
7  Redwood City, California 94063
Telephone: (650) 752-2000
8  Facsimile:  (650) 752-2111

9  *Counsel for Defendant*
*Meta Platforms, Inc.*

10

## UNITED STATES DISTRICT COURT

11

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

### SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  IRON TRIBE FITNESS, on behalf of itself and all others similarly situated, | Case No. 3:25-cv-03281-CRB |
| 15                         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT** |
| 16        v. | |
| 17  META PLATFORMS, INC., | |
| 18                         Defendant. | |

19

20      Pursuant to Civil L.R. 6-1(b) and 6.2, Defendant Meta Platforms, Inc. ("Defendant") and

21  Plaintiff Iron Tribe Fitness ("Plaintiff") (collectively, the "Parties") respectfully submit, subject

22  to the Court's approval, the following Stipulation and Proposed Order Extending Time to

23  Respond to the Amended Complaint.

24                                  **STIPULATION**

25      WHEREAS, on April 11, 2025, Plaintiff filed its Complaint (Dkt. No. 1);

26      WHEREAS, on October 3, 2025, the Court dismissed the Complaint and gave Plaintiff

27  leave to file an amended complaint within 30 days (Dkt. No. 43);

28      WHEREAS, on November 3, 2025, Plaintiff filed its Amended Complaint (Dkt. No. 47);

1

1    WHEREAS, presently Defendant's response to the Amended Complaint is due

2 November 24, 2025;

3    WHEREAS, Defendant anticipates moving to dismiss the Amended Complaint;

4    WHEREAS, no other events or deadlines already fixed by Court order would be affected

5 by the time modification requested herein, and

6    WHEREAS, Defendant does not waive, and expressly reserves, all defenses;

7    WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate and

8 agree to the following, subject to the Court's approval:

9    a)    Defendant's Motion to Dismiss the Amended Complaint will be due on December

10        18, 2025;

11    b)    Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint

12        will be due on February 6, 2026; and

13    c)    Defendant's Reply in Further Support of its Motion to Dismiss the Amended

14        Complaint will be due on March 10, 2026.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

Dated: November 10, 2025

2

Respectfully submitted,

3

| /s/ Andrew Yaphe | /s/ Jonathan D. Uslaner |
|---|---|
| James P. Rouhandeh (*pro hac vice*) | Jonathan D. Uslaner (SBN 256898) |
| rouhandeh@davispolk.com | jonathanu@blbglaw.com |
| DAVIS POLK & WARDWELL LLP | BERNSTEIN LITOWITZ BERGER & |
| 450 Lexington Avenue | GROSSMANN LLP |
| New York, New York 10017 | 2121 Avenue of the Stars, Suite 2575 |
| Telephone: (212) 450-4000 | Los Angeles, California 90067 |
| Facsimile:  (212) 701-5800 | Telephone: (310) 819-3481 |
| | |
| Andrew Yaphe (SBN 274172) | Avi Josefson |
| andrew.yaphe@davispolk.com | avi@blbglaw.com |
| DAVIS POLK & WARDWELL LLP | Michael D. Blatchley |
| 900 Middlefield Road, Suite 200 | michaelb@blbglaw.com |
| Redwood City, California 94063 | 1251 Avenue of the Americas |
| Telephone: (650) 752-2000 | New York, New York 10020 |
| Facsimile:  (650) 752-2111 | Telephone: (212) 554-1400 |

*Counsel for Defendant*
*Meta Platforms, Inc.*

BISHOP PARTNOY LLP
Robert E. Bishop
bobby@bishoppartnoy.com
Frank Partnoy
frank@bishoppartnoy.com
1717 K Street, NW Suite 900
Washington, DC 20006
Telephone: (202) 787-5769

*Counsel for Plaintiff Iron Tribe Fitness*

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I, Andrew Yaphe, attest that concurrence in filing this document has been obtained from the other signatories.

Dated: November 10, 2025          /s/ Andrew Yaphe
                                                         Andrew Yaphe

## **PROPOSED ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                         HONORABLE CHARLES R. BREYER
                                                         U.S. DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE AMENDED COMPLAINT
CASE NO. 3:25-CV-03281-CRB