1  James P. Rouhandeh (*pro hac vice*)
   rouhandeh@davispolk.com
2  DAVIS POLK & WARDWELL LLP
   450 Lexington Avenue
3  New York, New York 10017
   Telephone: (212) 450-4000
4  Facsimile:  (212) 701-5800

5  Andrew Yaphe (SBN 274172)
   andrew.yaphe@davispolk.com
6  DAVIS POLK & WARDWELL LLP
   900 Middlefield Road, Suite 200
7  Redwood City, California 94063
   Telephone: (650) 752-2000
8  Facsimile:  (650) 752-2111

9  *Counsel for Defendant*
   *Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:  March 27, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6, 17th Floor<br>Before the Honorable Charles R. Breyer |

1  The Motion to Dismiss the Amended Complaint filed by Defendant Meta Platforms, Inc.
2 ("Defendant") came on for hearing before the Honorable Charles R. Breyer on March 27, 2026 at
3 10:00 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.
4  Having considered this motion and all supporting papers and opposition papers and having
5 heard the argument of counsel, IT IS HEREBY ORDERED THAT:
6  Defendant's Motion to Dismiss the Amended Complaint is GRANTED. The Amended
7 Complaint is dismissed with prejudice.

9  Dated: _____

    HONORABLE CHARLES R. BREYER
10    U.S. DISTRICT JUDGE