United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRON TRIBE FITNESS,

        Plaintiff,

    v.

META PLATFORMS, INC.,

        Defendant.

Case No.3:25-cv-03281-CRB

**ORDER RE: DISCOVERY REFERRAL TO A MAGISTRATE JUDGE**

Re: ECF No. 58

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his or her calendar.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 26, 2026

_____
CHARLES R. BREYER
United States District Judge