# Exhibit D

James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:25-cv-03281-CRB <br><br> **DEFENDANT META PLATFORMS, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** <br><br> Before the Honorable Charles R. Breyer |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Meta Platforms, Inc. ("Meta" or "Defendant"), based on information currently within its possession, custody, or control, provides its initial disclosures to Plaintiff Iron Tribe Fitness.  Meta makes the following initial disclosures without waiving attorney-client privilege, the work product doctrine, any individual's right of privacy, trade secret protection, or any other applicable privilege or doctrine.

Meta reserves the right to amend, supplement, or otherwise modify these initial disclosures based on the discovery of new evidence or in light of new issues that may arise.[1]  Meta also reserves the right to object to the production and/or the introduction into evidence of any document or other evidence within the categories described herein or testimony by any of the disclosed witnesses on the basis of attorney-client privilege, the work product doctrine, relevance, any individual's right of privacy, confidentiality, trade secret protection, or any other applicable privilege or doctrine.

## I.    Individuals Likely to Have Discoverable Information – Rule 26(a)(1)(A)(i)

Meta believes that the following individuals, in addition to individuals associated with Plaintiff, are likely to have discoverable information that Meta may use to support its claims or defenses in this action.  Direct contact with the individuals listed below, or any other current or former employee of Meta, is not authorized, and all inquiries concerning such individuals should be made to counsel for Meta.

In disclosing the individuals listed below, Meta does not represent or admit that their testimony would be admissible or relevant or that such individuals are appropriate subjects for discovery in this action.  Meta also does not represent or admit that this list includes every individual that may have discoverable information that would support Meta's claims or defenses or that any other such individual will not appear as a witness at deposition or trial.

---

[1] Meta has filed a motion to stay discovery, and for the reasons stated in that motion, believes discovery should be held in abeyance pending resolution of Meta's motion to dismiss.  In making these disclosures, Meta reserves all rights to oppose any further discovery, including for the reasons set forth in its motion to stay discovery.  Meta notes that it is serving these disclosures before they are due—i.e., on July 11, which is fourteen days after the parties held their 26(f) conference, *see* Fed. R. Civ. P. 26(a)(1)(C).

1

Meta's investigation into the facts related to this matter is ongoing.  Meta reserves the right to supplement this list and to identify and call as a witness, at trial or otherwise, additional persons who may have information that Meta may use to support its claims or defenses in this action.  Meta also reserves the right to call additional witnesses to rebut evidence that Plaintiff may present.[2]

| Name | Contact Information | Subject Matter |
|---|---|---|
| Chinmay Karande | c/o Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Facebook Ad Auction process |
| John Hegeman | c/o Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Facebook Ad Auction process |

## II.    Categories of Relevant Documents – Rule 26(a)(1)(A)(ii)

Meta currently believes that the following categories of documents, electronically stored information, and tangible things in its possession, custody, or control may be used to support its claims and defenses in this action.  Meta does not represent or admit that any such category of documents, electronically stored information, or tangible things would necessarily include information that is discoverable, relevant or admissible into evidence.  The omission of any categories of documents, electronically stored information, or tangible things should not be interpreted as suggesting that such other categories do not contain information that is discoverable, relevant, or admissible into evidence or that Meta will not use such information to support its claims or defenses.

- Documents and other information relating to the subject matter of this action from Meta's centrally maintained files or shared drives; and

- Communications, including email, sent by or to employees of Meta relating to the subject matter of this action.

---

[2]  Meta incorporates by reference all individuals and entities identified in the disclosures of any other party, or called as witnesses for deposition or at trial by any other party.  Meta's disclosures do not include expert witnesses, who will be identified in accordance with the Federal Rules of Civil Procedure, the Local Rules, and any applicable scheduling order entered by this Court.

- In addition to the above-described documents, Meta may also rely on publicly available documents, documents generated by third parties, and documents produced by Plaintiff, Meta, or third parties in this or other litigation.

Subject to entry of an appropriate confidentiality agreement and subsequent order, the above documents will be accessible from the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, or by electronic production.[3]

Meta reserves the right to withhold from production and/or object to the introduction into evidence of any documents within the general categories described above on the basis of attorney-client privilege, the work product doctrine, relevance, any individual's right of privacy, confidentiality, trade secret protection, or any other applicable privilege or doctrine. Meta further reserves the right to withhold from production any materials that are beyond the appropriate scope and limitations of discovery.

**III.    Computation of Damages – Rule 26(a)(1)(A)(iii)**

At present, Meta has not asserted any claims for damages in this action; it reserves the right to assert any such claims at the appropriate time and to supplement these disclosures. Meta further reserves the right to conduct all necessary discovery regarding Plaintiff's claims for damages, and further denies that any conduct by Meta has caused Plaintiff damage. Additionally, Meta reserves the right to seek costs and attorneys' fees incurred in defense of this action.

**IV.    Insurance Agreements – Rule 26(a)(1)(A)(iv)**

Meta is not aware of any insurance agreements responsive to Rule 26(a)(1)(A)(iv). Meta reserves the right to amend or supplement this disclosure to the extent that further information becomes available to Meta during the course of discovery in this matter.

---

[3] Meta reserves the right to rely upon any document produced in connection with this lawsuit, any document or exhibit filed in this action, documents identified by other parties or third parties in this litigation, and documents that may be in other parties' possession, custody or control.

3

Dated: July 4, 2025

DAVIS POLK & WARDWELL LLP

*/s/ Andrew Yaphe*

James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant*
*Meta Platforms, Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and employed in the County of San Mateo, California. I am over the age of 18 years and not a party to the within-entitled action. My business address is Davis Polk & Wardwell LLP, 900 Middlefield Road, Suite 200, Redwood City, California 94063.

On July 4, 2025, I caused a true and correct copy of the following documents to be served via electronic mail:

DEFENDANT META PLATFORMS, INC.'S RULE 26(A)(1) INITIAL DISCLOSURES

☐ (BY OVERNIGHT COURIER) by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered by a FedEx or UPS agent for delivery.

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) to the email addresses set forth below on this date.

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | BISHOP PARTNOY LLP |
| Jonathan D. Uslaner | Robert E. Bishop |
| jonathanu@blbglaw.com | bobby@bishoppartnoy.com |
| 2121 Avenue of the Stars, Suite 2575 | 1717 K Street, NW Suite 900 |
| Los Angeles, California 90067 | Washington, DC 20006 |
| Telephone: (310) 819-3481 | Telephone: (202) 787-5769 |
| | |
| Avi Josefson | |
| avi@blbglaw.com | |
| Michael D. Blatchley | |
| michael.blatchley@blbglaw.com | |
| 1251 Avenue of the Americas | |
| New York, New York 10020 | |
| Telephone: (212) 554-1400 | |

*Counsel for Plaintiff Iron Tribe Fitness*

I declare under penalty of perjury that the above is true and correct.

Executed on July 4, 2025, at San Jose, California.

*/s/ Bruno Silva*
Bruno Silva

5