**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*Counsel for Plaintiff Iron Tribe Fitness*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:25-cv-3281-CRB<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Before: The Hon. Charles R. Breyer |

STATEMENT OF RECENT DECISION                    CASE NO. 3:25-cv-3281-CRB

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

In connection with Defendant's pending Motion to Dismiss the Amended Class Action Complaint, *see* ECF No. 52, Plaintiff Iron Tribe Fitness respectfully submits this Statement of Recent Decisions to bring to the Court's attention two recent rulings that bear on the parties' arguments.

The recent ruling by the United States Court of Appeals for the Ninth Circuit in *Cnty. of San Bernardino v. Ins. Co. of the State of Pennsylvania*, 2026 WL 1099254 (9th Cir. Apr. 23, 2026), attached hereto as Exhibit A, bears on the parties' arguments concerning extrinsic evidence.

The recent District Court ruling in *Shah, v. Capital One, N.A.*, 2026 WL 1256930 (C.D. Cal. May 7, 2026), attached hereto as Exhibit B, bears on the parties' arguments concerning California's Unfair Competition Law and the implied covenant of good faith and fair dealing.

Dated: May 13, 2026                                  Respectfully Submitted,

                                                     */s/ Avi Josefson*
                                                     AVI JOSEFSON
                                                     (avi@blbglaw.com)
                                                     MICHAEL D. BLATCHLEY
                                                     (michaelb@blbglaw.com)
                                                     TAL E. AVRHAMI
                                                     (tal.avrhami@blbglaw.com)
                                                     1251 Avenue of the Americas
                                                     New York, New York 10020
                                                     Tel: (212) 554-1400
                                                     Fax: (212) 554-1444

                                                     -and-

                                                     JONATHAN D. USLANER (Bar No. 256898)
                                                     (jonathanu@blbglaw.com)
                                                     2121 Avenue of the Stars, Suite 2575
                                                     Los Angeles, CA 90067
                                                     Tel: (310) 819-3481

                                                     **BISHOP PARTNOY**

STATEMENT OF RECENT DECISIONS                1                CASE NO. 3:25-cv-3281-CRB

ROBERT E. BISHOP
(bobby@bishoppartnoy.com)
FRANK PARTNOY
(frank@bishoppartnoy.com)
1717 K Street, NW, Suite 900
Washington, D.C. 20006
(202) 787-5769

*Counsel for Plaintiff Iron Tribe Fitness*