James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>                              Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S STIPULATION AND [PROPOSED] ORDER**<br><br>Courtroom: 6, 17th Floor<br>Before the Honorable Charles R. Breyer |

I, Andrew Yaphe, hereby declare and state as follows:

1.    I am counsel at the law firm Davis Polk & Wardwell LLP, attorneys for Defendant Meta Platforms, Inc. ("Meta") in the above-captioned matter, and I am admitted to practice in this Court.  I submit this declaration in support of the Stipulation and [Proposed] Order Extending Time to Answer the Amended Complaint.  I have personal knowledge of the facts set forth below, and I could and would competently testify to the following if called upon to do so.

2.    On May 18, 2026, I conferred by email with counsel for Plaintiff regarding, among other things, an extension of time for Defendant to respond to Plaintiff's Amended Complaint. Specifically, Defendant proposed a 60-day extension of the deadline for Defendant's Answer to the Amended Complaint, such that the Answer would be due July 28, 2026.  Counsel for Plaintiff consented to that extension on May 19, 2026.

3.    Defendant seeks this extension because, at the hearing held on May 15, 2026, the Court indicated the disposition of its forthcoming written order on Meta's Motion to Dismiss the Amended Complaint.  Defendant believes it would promote efficiency and conserve the Parties' and the Court's resources for Meta's Answer to be due after entry of that order.

4.    There have been two prior time modifications in this case: a stipulated extension of time to respond to the Complaint (Dkt. No. 18) and a stipulated extension of time to respond to the Amended Complaint (Dkt. No. 49).

5.    The requested extensions will not affect any other deadlines fixed by Court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of May, 2026 in Redwood City, California.

/s/ Andrew Yaphe
Andrew Yaphe

1

DECLARATION OF ANDREW YAPHE IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S STIPULATION AND [PROPOSED] ORDER - CASE NO. 3:25-CV-03281-CRB