May 22, 2026

Hon. Alex G. Tse
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**Re: *Iron Tribe Fitness v. Meta Platforms, Inc.*, Case No. 3:25-cv-03281-CRB**

Dear Judge Tse:

The parties write to follow up on the March 25, 2026 Notice of Discovery Dispute (ECF No. 58) and May 1, 2026 Joint Letter (ECF No. 64) submitted in this matter. As explained in the Joint Letter, after Judge Breyer dismissed the original complaint, Defendant's position was that, until the Court ruled on the motion to dismiss the amended complaint, it would be disproportionate to the needs of this litigation for discovery to proceed beyond the underlying contracts between the parties. On May 15, 2026, Judge Breyer held a hearing on the motion to dismiss the Amended Complaint and ruled that the motion would be granted in part (as to Plaintiff's UCL claim) and otherwise denied. ECF No. 66. In light of that ruling, Defendant withdraws its proportionality objection to the scope of discovery for this phase of the litigation. Accordingly, the dispute set forth in the Joint Letter is moot, and the parties withdraw the Letter.

The parties are negotiating the case schedule and other discovery issues, as well as the Protective Order and ESI Protocol. In that regard, following Judge Breyer's decision on the motion to dismiss, Plaintiff again requested Defendant include as custodians the two individuals in Defendant's initial disclosures (Chimnay Karande and John Hegeman), who were also described in the Joint Letter Brief (ECF No. 64 at 2), and to set a deadline for bringing disputes over any remaining custodians and search terms to the Court. Defendant did not agree to include those two individuals as custodians or to set such a deadline at this time. In response, Defendant explained its view that the purpose of this submission is simply to inform the Court that the parties' discovery dispute has been withdrawn and that there was no reason to burden the Court with discovery issues that are not yet ripe. In fact, the parties have scheduled a meet-and-confer call for this coming week to discuss these issues. Insofar as the parties are unable to resolve their remaining disputes regarding custodians, search terms, the Protective Order or ESI Protocol, the parties anticipate submitting those disputes to the Court in the near future.

1

Respectfully submitted,

**For Plaintiff Iron Tribe Fitness:**

*/s/ Michael D. Blatchley*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Michael D. Blatchley
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1281
michaelb@blbglaw.com

**For Defendant Meta Platforms, Inc.:**

*/s/ Andrew Yaphe*

**DAVIS POLK & WARDWELL LLP**
Andrew Yaphe
900 Middlefield Road
Suite 200
Redwood City, California 94063
(650) 752-2088
andrew.yaphe@davispolk.com

2