James P. Rouhandeh (appearance *pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Andrew Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

*Counsel for Defendant*
*Meta Platforms, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IRON TRIBE FITNESS, on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>META PLATFORMS, INC.,<br><br>                              Defendant. | Case No. 3:25-cv-03281-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT** |

Pursuant to Civil L.R. 6-1(b) and 6-2, Defendant Meta Platforms, Inc. ("Defendant" and "Meta") and Plaintiff Iron Tribe Fitness ("Plaintiff" and "Iron Tribe Fitness") (collectively, the "Parties") respectfully submit, subject to the Court's approval, the following Stipulation and [Proposed] Order Extending Time to Answer the Amended Complaint.

## STIPULATION

WHEREAS, on April 11, 2025, Plaintiff filed its Complaint (Dkt. No. 1);

WHEREAS, on October 3, 2025, the Court dismissed the Complaint and gave Plaintiff leave to file an amended complaint within 30 days (Dkt. No. 43);

1

WHEREAS, on November 3, 2025, Plaintiff filed its Amended Complaint (Dkt. No. 47);

WHEREAS, Defendant filed a Motion to Dismiss the Amended Complaint on December 18, 2025 (Dkt. No. 52);

WHEREAS, the Parties received notice of the disposition of the Court's forthcoming Order on Defendant's Motion to Dismiss the Amended Complaint at the hearing held on May 15, 2026 (Dkt. No. 66);

WHEREAS, Defendant's Answer to the Amended Complaint is presently due May 29, 2026, *see* Fed. R. Civ. P. 12(a)(4)(A);

WHEREAS, there have been two prior time modifications requested and ordered in this case, extending the time to respond to the Complaint (Dkt. No. 18) and extending the time to respond to the Amended Complaint (Dkt. No. 49);

WHEREAS, no other events or deadlines already fixed by the Court order would be affected by the time modification requested herein; and

WHEREAS, Defendant does not waive, and expressly reserves, all defenses;

WHEREFORE, the Parties, by and through their respective counsel, hereby stipulate and agree to the following, subject to the Court's approval:

Defendant's Answer to the Amended Complaint is due July 28, 2026.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT
CASE NO. 3:25-CV-03281-CRB

Dated: May 22, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Yaphe* | */s/ Avi Josefson* |
| James P. Rouhandeh (*pro hac vice*) | Jonathan D. Uslaner (SBN 256898) |
| rouhandeh@davispolk.com | jonathanu@blbglaw.com |
| DAVIS POLK & WARDWELL LLP | BERNSTEIN LITOWITZ BERGER & |
| 450 Lexington Avenue | GROSSMANN LLP |
| New York, New York 10017 | 2121 Avenue of the Stars, Suite 2575 |
| Telephone: (212) 450-4000 | Los Angeles, California 90067 |
| Facsimile:  (212) 701-5800 | Telephone: (310) 819-3481 |
| | |
| Andrew Yaphe (SBN 274172) | Avi Josefson (*pro hac vice*) |
| andrew.yaphe@davispolk.com | avi@blbglaw.com |
| DAVIS POLK & WARDWELL LLP | Michael D. Blatchley (*pro hac vice*) |
| 900 Middlefield Road, Suite 200 | michaelb@blbglaw.com |
| Redwood City, California 94063 | 1251 Avenue of the Americas |
| Telephone: (650) 752-2000 | New York, New York 10020 |
| Facsimile:  (650) 752-2111 | Telephone: (212) 554-1400 |

*Counsel for Defendant*
*Meta Platforms, Inc.*

BISHOP PARTNOY LLP
Robert E. Bishop (*pro hac vice*)
bobby@bishoppartnoy.com
Frank Partnoy
frank@bishoppartnoy.com
1717 K Street, NW Suite 900
Washington, DC 20006
Telephone: (202) 787-5769

*Counsel for Plaintiff Iron Tribe Fitness*

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I, Andrew Yaphe, attest that concurrence in filing this document has been obtained from the other signatories.

Dated: May 22, 2026

*/s/ Andrew Yaphe*
Andrew Yaphe

## ~~PROPOSED~~ ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:   May 26, 2026

HONORABLE CHARLES R. BREYER
U.S. DISTRICT JUDGE

3

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT
CASE NO. 3:25-CV-03281-CRB