UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRON TRIBE FITNESS,<br><br>        Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No.  25-cv-03281-CRB (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 64 |

On May 26, 2026, Judge Breyer denied Meta's motion to dismiss Iron Tribe Fitness (ITF)'s breach of contract claim and implied covenant claim. Dkt. 72 at 4. Because of that decision, "the threshold issue on which [Meta's] proportionality objection has been based—whether [ITF] has identified a contractual obligation that was breached—[has] been resolved." Dkt. 64 at 4. The parties shall meet and confer further about the scope of discovery, including custodians and search terms, by June 9, 2026.

      **IT IS SO ORDERED.**

Dated: June 2, 2026

Alex G. Tse
United States Magistrate Judge