UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRON TRIBE FITNESS,<br><br>    Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | Case No. 25-cv-03281-CRB (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 77 |

The parties' dueling proposed protective orders each reflect numerous edits and additions to the Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets. *See* Dkt. 81-1 (Plaintiff's redline); Dkt. 81-2 (Defendant's redline). The Court endeavors to use the Model Protective Orders and so will require the parties to explain, in a joint statement to be filed by August 5, 2026, why their proposed deviations are necessary.

The parties also propose many changes to the Model ESI Discovery Order for Standard Litigation. *See* Dkt. 81-3 (Plaintiff's redline); Dkt. 81-4 (Defendant's redline). The Court expects the parties to make changes to the Model ESI Discovery Orders, unlike the Model Protective Orders, because the former are more like templates, with blank spaces in which parties can include case-specific ESI agreements. The Court, then, won't require the parties

to justify their jointly proposed changes to the Model ESI Order.

The only dispute regarding the ESI Order is the deadline for producing rolling privilege logs. Plaintiff proposes that after any ESI production in which documents are withheld based on privilege, the withholding party should provide a privilege log within 45 days. Dkt. 77 at 3. Defendant proposes that rolling privilege logs should be due 60 days after the corresponding production. *Id.* at 5.

As Plaintiff notes, privilege disputes should be resolved promptly to avoid uncertainty and the need to continue depositions. *See id.* at 3; *see also* AGT Civil Standing Order § VII.D ("Privilege logs must be promptly provided . . . ."). Defendant hasn't identified any concrete reason why it wouldn't be able to abide by a 45-day deadline, other than its assertion that discovery will be "highly asymmetrical." Dkt. 77 at 5. The Court therefore adopts Plaintiff's 45-day proposal. By August 5, 2026, the parties shall file for approval a proposed ESI Order that conforms with this order.

**IT IS SO ORDERED.**

Dated: July 29, 2026

Alex G. Tse
United States Magistrate Judge